IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH J. CARTER, | ) | |
| | ) | |
| Plaintiff | ) | Case No. 1:18-cv-00096 (Erie) |
| | ) | |
| vs. | ) | |
| | ) | HON. RICHARD A. LANZILLO |
| ADAM BAUMCRATZ, | ) | UNITED STATES MAGISTRATE JUDGE |
| CODY WRIGHT, CO1 JOHNSON, | ) | |
| CO SMALLS, ZACHERY LUTZ, | ) | |
| CO BODDORF, ZACHER TERMINE, | ) | JUDGMENT ORDER |
| JORDAN DRAYER, | ) | |
| JEREMY COCHRAN, JANA JORDAN, | ) | |
| CARL JOHNSON, | ) | |
| | ) | |
| Defendants | ) | |

AND NOW, this 28th day of September, 2021, consistent with the Memorandum Opinion entered this same date, IT IS HEREBY ORDERED that JUDGMENT is entered in favor of Defendants Baumcratz, Wright, Johnson, Smalls, Lutz, Boddorf, Termine, Drayer, Cochran, Jordan, and Johnson, and against Plaintiff Ralph J. Carter in the above-captioned matter, pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to close this case on the Court's docket.

HON. RICHARD A. LANZILLO
United States Magistrate Judge